# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-3745

_____

United States of America

*Plaintiff - Appellee*

v.

Robert Lennox

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Joplin

_____

Submitted: April 12, 2024
Filed: April 18, 2024
[Unpublished]

_____

Before LOKEN, SMITH, and KELLY, Circuit Judges.

_____

PER CURIAM.

Robert Lennox appeals the sentence imposed by the district court[1] after he
pleaded guilty to a sex offense under a written plea agreement containing an appeal

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the
Western District of Missouri.

waiver. His counsel has moved for leave to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the sentence is unreasonable.

We conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (validity and applicability of an appeal waiver is reviewed de novo); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice).

We have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the waiver. Accordingly, we grant counsel's motion to withdraw, and dismiss this appeal.

_____